# United States Bankruptcy Court

### District of Arizona

In re   **ROBERT S PERSINGER,**
       **MARTA PERSINGER,**

Case No.   **2:06-bk-02420**

Debtors

Chapter       **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 1,105,000.00 | | |
| B - Personal Property | Yes | 4 | 55,240.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,357,429.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 3 | | 30,210.90 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 490,435.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,749.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 10,497.00 |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 1,160,240.00 | | |
| Total Liabilities | | | | 1,878,074.90 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

# United States Bankruptcy Court
## District of Arizona

In re    **ROBERT S PERSINGER,**
       **MARTA PERSINGER**

       Debtors

Case No.    **2:06-bk-02420**

Chapter            **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C. § 159)
## [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 29,148.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 1,062.90 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 30,210.90 |

**The foregoing information is for statistical purposes only under 28 U.S.C § 159.**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re    **ROBERT S PERSINGER,**                                 Case No.   **2:06-bk-02420**
            **MARTA PERSINGER**

<div align="center">Debtors ,</div>

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **HOUSE AND LAND AT 12596 N. 72ND PLACE, SCOTTSDALE, AZ 85260** | **Joint tenant** | **C** | **950,000.00** | **783,842.00** |
| **HOUSE AND LAND AT 3701 N. QUAIL AVE., GLENDALE, AZ 85308** | **Fee simple** | **W** | **155,000.00** | **105,000.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,105,000.00** | (Total of this page) |
| Total > | **1,105,000.00** |  |

_  **0**  _ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

In re   **ROBERT S PERSINGER,**                          Case No.   **2:06-bk-02420**
            **MARTA PERSINGER,**

                                       Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **WASHINGTON MUTUAL** | **C** | **580.00** |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | **2 COUCHES, 2 CHAIRS, 2 TV'S, DINING SET, RUGS, 2 BEDROOM SETS, WASHER, DRYER, VACUUM, REFRIGERATOR, SMALL KITCHEN APPLIANCES** | **C** | **4,000.00** |
| | | **STEREO, 2 COUCHES, XBOX** | **C** | **200.00** |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **DVD'S** | **C** | **100.00** |
| | | **MISCELLANEOUS DECORATIVE ITEMS AND KNICK KNACKS** | **C** | **200.00** |
| 6.   Wearing apparel. | | **CLOTHING AND COSTUME JEWELRY** | **C** | **1,000.00** |
| 7.   Furs and jewelry. | | **WEDDING RINGS-HUSBAND AND WIFE** | **C** | **2,000.00** |
| 8.   Firearms and sports, photographic, and other hobby equipment. | | **TREADMILL** | **C** | **100.00** |
| | | **STAIR CLIMBER** | **C** | **100.00** |
| | | **BIKE** | **C** | **150.00** |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

                                                 Sub-Total >          **8,430.00**
                                           (Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **ROBERT S PERSINGER,**                                    Case No.     __2:06-bk-02420__
       **MARTA PERSINGER,**

                                ,
                        Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **PLATINUM MANUFACTURED HOMES INC. (100% SHAREHOLDER. NOT OPERATING)** | C | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                              Sub-Total >         **0.00**
                                       (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re    **ROBERT S PERSINGER,**              Case No.    **2:06-bk-02420**
       **MARTA PERSINGER,**

                               Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 HARLEY DAVIDSON FLSTC SOFTAIL CLASSIC** | C | 11,355.00 |
| | | **2004 BMW X5** | C | 34,455.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **2 COMPUTERS (2 YEARS OLD)** | C | 1,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **DENTAL PRACTICE PURCHASED BY DEBTORS AND CURRENTLY OPERATED UNDER GREENWAY DENTAL LLC 9MARTA IS THE SOLE MEMBER) PER 9/14/04 APPRAISAL, VALUE OF PRACTICE WAS $400,000.00. PRACTICE IS SUBJECT TO $405,000.00 LIEN TO MATSCO SO VALUE OF PRACTICE IS $0** | C | 0.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

                                                Sub-Total >       **46,810.00**
                                                (Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

Form B6B
(10/05)

In re  **ROBERT S PERSINGER,**
      **MARTA PERSINGER**

Case No.   **2:06-bk-02420**

                             Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| Sub-Total > | | **0.00** |
| (Total of this page) | | |
| Total > | | **55,240.00** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re    **ROBERT S PERSINGER,**                  Case No.    **2:06-bk-02420**
         **MARTA PERSINGER**

                                       Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:      ■ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                            $125,000.
   ☐ 11 U.S.C. §522(b)(2)
   ■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **HOUSE AND LAND AT 12596 N. 72ND PLACE, SCOTTSDALE, AZ 85260** | **Ariz. Rev. Stat. § 33-1101(A)** | **150,000.00** | **950,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **WASHINGTON MUTUAL** | **Ariz. Rev. Stat. § 33-1126A(9)** | **300.00** | **580.00** |
| **Household Goods and Furnishings** | | | |
| **2 COUCHES, 2 CHAIRS, 2 TV'S, DINING SET, RUGS, 2 BEDROOM SETS, WASHER, DRYER, VACUUM, REFRIGERATOR, SMALL KITCHEN APPLIANCES** | **Ariz. Rev. Stat. § 33-1123** | **4,000.00** | **4,000.00** |
| **Wearing Apparel** | | | |
| **CLOTHING AND COSTUME JEWELRY** | **Ariz. Rev. Stat. § 33-1125(1)** | **1,000.00** | **1,000.00** |
| **Furs and Jewelry** | | | |
| **WEDDING RINGS-HUSBAND AND WIFE** | **Ariz. Rev. Stat. § 33-1125(4)** | **2,000.00** | **2,000.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **BIKE** | **Ariz. Rev. Stat. § 33-1125(7)** | **150.00** | **150.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2004 HARLEY DAVIDSON FLSTC SOFTAIL CLASSIC** | **Ariz. Rev. Stat. § 33-1125(8)** | **5,000.00** | **11,355.00** |
| **2004 BMW X5** | **Ariz. Rev. Stat. § 33-1125(8)** | **5,000.00** | **34,455.00** |
| **Office Equipment, Furnishings and Supplies** | | | |
| **2 COMPUTERS (2 YEARS OLD)** | **Ariz. Rev. Stat. § 33-1130(1)** | **1,000.00** | **1,000.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **ROBERT S PERSINGER,**
    **MARTA PERSINGER**

Case No.    **2:06-bk-02420**

                     Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C§112; Fed.R.Bankr.P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. **xxxx1596**<br><br>Citimortgage Inc<br>Po Box 9442<br>Gaithersburg, MD 20898 | | J | | Opened 6/24/05<br><br>Deed of Trust<br><br>HOUSE AND LAND AT 12596 N. 72ND PLACE, SCOTTSDALE, AZ 85260 | | | | | |
| | | | | Value $      **950,000.00** | | | | **700,000.00** | **0.00** |
| Account No. **xxxxx7105**<br><br>Citimortgage Inc<br>Po Box 9442<br>Gaithersburg, MD 20898 | | J | | Opened 7/27/05<br><br>Deed of Trust<br><br>HOUSE AND LAND AT 12596 N. 72ND PLACE, SCOTTSDALE, AZ 85260 | | | | | |
| | | | | Value $      **950,000.00** | | | | **83,842.00** | **0.00** |
| Account No. **xxxxxxxxx7457**<br><br>Harley Davidson Financial<br>3850 Arrowhead Dri<br>Carson City, NV 89706 | | H | | Opened 6/21/04 Last Active 11/22/05<br><br>Purchase Money Security<br><br>2004 HARLEY DAVIDSON FLSTC SOFTAIL CLASSIC | | | | | |
| | | | | Value $      **11,355.00** | | | | **18,587.00** | **7,232.00** |
| Account No.<br><br>Representing:<br>Harley Davidson Financial | | | | ADAM JONES<br>BASS & ASSOCIATES<br>3936 E. FT. LOWELL RD. STE. 200<br>Tucson, AZ 85701 | | | | | |
| | | | | Value $ | | | | | |
|    **1**   continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | | **802,429.00** | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **ROBERT S PERSINGER,**
      **MARTA PERSINGER**
                                ,
                    Debtors

Case No.   **2:06-bk-02420**

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deed of Trust | | | | | |
| **LANDMARK CAPITAL C/O TIFFANY & BOSCO** **3RD FL. CAMELBACK ESPLANADE II** **2525 E. CAMELBACK RD.** **Phoenix, AZ 85016** | | C | **HOUSE AND LAND AT 3701 N. QUAIL AVE., GLENDALE, AZ 85308** | | | | | |
| | | | Value $        **155,000.00** | | | | **105,000.00** | **0.00** |
| Account No. **xxx1805** | | | **DEBT GUARANTY** | | | | | |
| **MATSCO** **2000 POWELL ST. 4TH FL.** **Emeryville, CA 94608** | | C | **DENTAL PRACTICE** | | | | | |
| | | | Value $        **400,000.00** | | | | **405,000.00** | **405,000.00** |
| Account No. **xxxx7644** | | | **Purchase Money Security** | | | | | |
| **SYSTEMS & SERVICE TECH.** **4315 PICKETT RD.** **Saint Joseph, MO 64503** | | C | **2004 BMW X5** | | | | | |
| | | | Value $        **34,455.00** | | | | **45,000.00** | **10,545.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **555,000.00** | |
| Total (Report on Summary of Schedules) | **1,357,429.00** | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

Form B6E
(10/05)

In re   **ROBERT S PERSINGER,**          Case No.   __2:06-bk-02420__
        **MARTA PERSINGER**

_____,
                    Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

■ **Domestic support obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

2 continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **ROBERT S PERSINGER,**
        **MARTA PERSINGER**

Case No.    **2:06-bk-02420**

Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ARIZONA DEPT. OF ECONOMIC SECURITY<br>P.O. BOX 6123<br>Phoenix, AZ 85005** | C | | **BACK CHILD SUPPORT** | | | | 11,556.00 | 11,556.00 |
| Account No. **3709**<br><br>**CHILD SUPPORT ENFORCEMENT OKLAHOMA CENTRALIZED SUPPORT REGISTRY<br>P.O. BOX 268849<br>Oklahoma City, OK 73126-8849** | C | | **CHILD SUPPORT** | | | | 7,932.00 | 7,932.00 |
| Account No.<br><br>**DEPARTMENT OF HUMAN SERVICES MIDWEST CITY CSE OFFICE<br>P.O. BOX 50056<br>Oklahoma City, OK 73130-7041** | C | | **BACK CHILD SUPPORT** | | | | 9,660.00 | 9,660.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  **1**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 29,148.00 | 29,148.00 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re  **ROBERT S PERSINGER,**
       **MARTA PERSINGER**
                                                              Case No.   __2:06-bk-02420_____

                                            _____,
                                                    Debtors
# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

_____
                                                    TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **PROPERTY TAXES** | | | | | |
| **MARICOPA COUNTY TREASURER 301 W. JEFFERSON ROOM 100 Phoenix, AZ 85003-2199** | C | | | | | | **1,062.90** | **1,062.90** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  **2**____  of  **2**____  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  |  |  |
|---|---|---|
| Subtotal (Total of this page) | **1,062.90** | **1,062.90** |
| Total (Report on Summary of Schedules) | **30,210.90** | **30,210.90** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Form B6F
(10/05)

In re  **ROBERT S PERSINGER,**
**MARTA PERSINGER**

Case No. ___**2:06-bk-02420**___

,

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**AQUADOC POOL CLEANING** <br>**20701 N. SCOTTSDALE RD. #107** <br>**PMB #306** <br>**Scottsdale, AZ 85255** | C | | **PERSONAL DEBT** | | | | **2,000.00** |
| Account No. **4817** <br><br>**Ariz Fed Cu** <br>**333 N 44th Street** <br>**Phoenix, AZ 85008** | | H | **Opened  5/01/03  Last Active  6/01/06** <br>**CreditCard** | | | | **23,754.00** |
| Account No. **xxxx9806** <br><br>**Arizona Fcu** <br>**Po Box 60070** <br>**Phoenix, AZ 85082** | | W | **LAWSUIT** | | | | **56,337.00** |
| Account No. <br><br>**Representing:** <br>**Arizona Fcu** | | | **ENGELMAN BERGER PC** <br>**3636 N. CENTRAL AVE. STE. 700** <br>**Phoenix, AZ 85012** | | | | |

| | | |
|---|---|---|
| __11__  continuation sheets attached | Subtotal <br>(Total of this page) | **82,091.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

S/N:35518-060605     Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **ROBERT S PERSINGER,**
     **MARTA PERSINGER**
                                                     ,
                                      Debtors

Case No.   **2:06-bk-02420**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| Account No. <br><br> **Arizona Fcu** <br>**Po Box 60070** <br>**Phoenix, AZ 85082** | | W | | **Credit card purchases** | | | | <br><br><br>24,000.00 |
| Account No. <br><br> **ARIZONA REPUBLIC** <br>**C/O CORPORATE COLLECTION INTERNATIONAL** <br>**P.O. BOX 27605** <br>**Tempe, AZ 85285** | | C | | **PERSONAL DEBT** | | | | <br><br><br>4,000.00 |
| Account No. <br><br> **ATCHLEY & DELGADO** <br>**1819 E. SOUTHERN AVE. STE. A10** <br>**Mesa, AZ 85204** | | C | | **PERSONAL DEBT** | | | | <br><br><br>7,500.00 |
| Account No. xxxxxxxx1162 <br><br> **Bank Of America** <br>**Po Box 1598** <br>**Norfolk, VA 23501** | | C | | **Opened 12/07/99 Last Active 8/08/05 CreditCard** | | | | <br><br><br>36,960.00 |
| Account No. 2613 <br><br> **BEST BUY/ HSBC** <br>**P.O. BOX 60148** <br>**CITY OF INDUSTRY** <br>**City Of Industry, CA 91716-0148** | | C | | **Credit card purchases** | | | | <br><br><br>3,000.00 |

Sheet no. __1__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
| --- |
| 75,460.00 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re **ROBERT S PERSINGER,**  **MARTA PERSINGER**
                                                                    Case No. __**2:06-bk-02420**__

_____,
                            Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8279**<br><br>**Bureau Of Med Econcs**<br>**326 E Coronado Rd**<br>**Phoenix, AZ 85004** | | H | **Opened 9/22/05 Last Active 1/01/06**<br>**Collection Scottsdale Emergency Assoc. Lt** | | | | 116.00 |
| Account No. **xxxxxxx0121**<br><br>**Capital 1 Bk**<br>**11013 W Broad St**<br>**Glen Allen, VA 23060** | | H | **Opened 11/19/04 Last Active 11/10/05**<br>**CreditCard** | | | | 1,121.00 |
| Account No. **1113**<br><br>**CAPITAL ONE BANK**<br>**NORTHLAND GROUP INC.**<br>**P.O. BOX 390846**<br>**EDINA, MN 55439** | C | | **PERSONAL DEBT** | | | | 1,100.00 |
| Account No.<br><br>**GE CAPITAL RMS**<br>**P.O. BOX 523**<br>**Richfield, OH 44286** | C | | **PERSONAL DEBT** | | | | 5,000.00 |
| Account No.<br><br>**HOOD PRESS LLC**<br>**MUELLER & DRURY PC**<br>**1100 N. SCOTTSDALE RD. STE. 181**<br>**Scottsdale, AZ 85254** | C | | **PERSONAL DEBT** | | | | 200.00 |

Sheet no. _**2**___ of _**11**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)
| **7,537.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **ROBERT S PERSINGER,**              Case No.   __**2:06-bk-02420**__
      **MARTA PERSINGER**
                                                           ,
                                         Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx4558** <br><br>**HOSPITAL RADIOLOGISTS** <br>**P.O. BOX 52565** <br>**PHOENIX** | | C | MEDICAL DEBT | | | | 100.00 |
| Account No. **xx6519** <br><br>**INTELLIQUICK** <br>**P.O. BOX 34964** <br>**Phoenix, AZ 85067** | | C | PERSONAL DEBT | | | | 1,000.00 |
| Account No. <br><br>**IVOTECH C/O RAMRAS LAW** <br>**7755 E. GRAY RD. STE. 101** <br>**Scottsdale, AZ 85260** | | C | PERSONAL DEBT | | | | 400.00 |
| Account No. <br><br>**JUDY MILLER DBA MILLER CERAMIC DENTAL** <br>**C/O JENNIFER BROWN** <br>**3003 N. CENTRAL AVE. STE. 680** <br>**Phoenix, AZ 85012** | | C | PERSONAL DEBT | | | | 1,400.00 |
| Account No. <br><br>**KEY DENTAL SOLUTIONS LLC** <br>**KEVIN & NANCY FALKENWORTH** <br>**7918 E. ROSE GARDEN LN** <br>**Scottsdale, AZ 85255** | X | C | PERSONAL DEBT | | | | 1,650.00 |

Sheet no. __**3**__ of __**11**__ sheets attached to Schedule of                      Subtotal         **4,550.00**
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

In re    **ROBERT S PERSINGER,**
         **MARTA PERSINGER**

Case No.    **2:06-bk-02420**

_____,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **CORPORATE DEBT** | | | | |
| **LORIMOR ENTERPRISES INC. C/O GEORGE E. GRIFFETH 8124 E. CACTUS RD. STE. 410 Scottsdale, AZ 85260** | X | C | | | | X | **15,600.00** |
| Account No. Representing: **LORIMOR ENTERPRISES INC.** | | | **GEORGE E. GRIFFETH ESQ. 8124 E. CACTUS RD. STE. 410 Scottsdale, AZ 85260-0001** | | | | |
| Account No. Representing: **LORIMOR ENTERPRISES INC.** | | | **MARY C. BROOKSBY 1 COLUMBUS PLAZA 3636 N. CENTRAL AVE. STE. 550 Phoenix, AZ 85012** | | | | |
| Account No. **LOUIS LANTZ C/O TIM D. COKER 637 N. 3RD. AVE. Phoenix, AZ 85003** | | C | **PERSONAL DEBT** | | | | **78,000.00** |
| Account No. Representing: **LOUIS LANTZ C/O TIM D. COKER** | | | **CAPITAL MANAGEMENT SERVICES 726 EXCHANGE STREET, STE 700 Buffalo, NY 14210** | | | | |

Sheet no. __4__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**93,600.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **ROBERT S PERSINGER,**
**MARTA PERSINGER**
_____,
Debtors

Case No.  **2:06-bk-02420**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **MANDALAY CORP. C/O CLAUDIO IANNITELLI 1850 N. CENTRAL AVE. 19TH FL. Phoenix, AZ 85004** | C | | **PERSONAL DEBT** | | | | 45,974.00 |
| Account No. **Representing: MANDALAY CORP. C/O** | | | **CHEIFETZ, IANNITELLI, MARCOLINI PC 1850 N. CENTRAL AVE. 19TH FL. Phoenix, AZ 85004** | | | | |
| Account No. xxxxxx8233 **Marks And Morgan 375 Ghent Rd Akron, OH 44333** | | W | **Opened 5/25/98 Last Active 7/26/98 ChargeAccount** | | | | 0.00 |
| Account No. xxxxxx9587 **Mercedes-benz Financia 27777 Inkster Rd Farmington Hills, MI 48334** | | W | **Opened 4/15/05 Last Active 5/31/06 AutoLease** | | | | 28,000.00 |
| Account No. **Representing: Mercedes-benz Financia** | | | **MERCEDES-BENZ P.O. BOX 551080 Jacksonville, FL 32255** | | | | |

Sheet no. **5** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **73,974.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re   **ROBERT S PERSINGER,**
      **MARTA PERSINGER**

Case No.   **2:06-bk-02420**

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | PERSONAL DEBT | | | | |
| **METROPARK COMMUNICATIONS C/O CORY G. HICKS & ASSOC. INC. 5823 E. SPEEDWAY Tucson, AZ 85712** | C | | | | | | 978.00 |
| Account No. | | | **CORY G. HICKS & ASSOCIATES INC. 5823 E. SPEEDWAY Tucson, AZ 85712** | | | | |
| Representing: **METROPARK COMMUNICATIONS C/O** | | | | | | | |
| Account No. | | | PERSONAL DEBT | | | | |
| **MILLER CERAMIC DENTAL ART 3003 N. CENTRAL AVE. STE. 680 Phoenix, AZ 85012** | C | | | | | | 2,000.00 |
| Account No. | | | **BLATT, HASENMILLER, LEIBSKER & MOORE PLC 3003 N. CENTRAL AVE. STE. 680 Phoenix, AZ 85012** | | | | |
| Representing: **MILLER CERAMIC DENTAL ART** | | | | | | | |
| Account No. **1383** | | | **Opened 9/22/98 Last Active 3/30/00 CreditCard** | | | | |
| **Monogram Bank N America Po Box 17054 Wilmington, DE 19884** | | W | | | | | 0.00 |

Sheet no. **6** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,978.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **ROBERT S PERSINGER,**
        **MARTA PERSINGER**                                                Case No.    **2:06-bk-02420**

_____,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **MRS** <br> **2222 S. DOBSON RD. STE. 1100** <br> **Mesa, AZ 85202** | C | | PERSONAL DEBT | | | | 150.00 |
| Account No. <br><br> **NORTH SHORE AGENCY** <br> **P.O. BOX 8901** <br> **Westbury, NY 11590-8901** | C | | PERSONAL DEBT | | | | 400.00 |
| Account No. **1239** <br><br> **PROFESSIONAL IMAGE** <br> **1140 S. SAN JOSE STE. 1** <br> **Mesa, AZ 85202** | C | | PERSONAL DEBT | | | | 1,000.00 |
| Account No. <br><br> **Q.D.S. DENTAL LAB INC.** <br> **4214 E. INDIAN SCHOOL RD. #205** <br> **Phoenix, AZ 85018** | C | | PERSONAL DEBT | | | | 1,500.00 |
| Account No. <br><br> **QUILL CORPORATION** <br> **LATHROP & GAGE** <br> **P.O. BOX 8500** <br> **Philadelphia, PA 19178-2431** | C | | PERSONAL DEBT | | | | 1,100.00 |

Sheet no. __7__ of __11__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)       4,150.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  **ROBERT S PERSINGER,**
    **MARTA PERSINGER**

Case No.   **2:06-bk-02420**

                                ,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7458** <br><br> **RMS** <br> **P.O. BOX 3100** <br> **Naperville, IL 60566** | C | | **PERSONAL DEBT** | | | | 260.00 |
| Account No. **2132** <br><br> **RMS** <br> **P.O. BOX 3100** <br> **Naperville, IL 60566** | C | | **PERSONAL DEBT** | | | | 50.00 |
| Account No. **xxx3705** <br><br> **Rsi Collect** <br> **4000 N Central Ave Suite 400** <br> **Phoenix, AZ 85012** | | W | Opened 5/01/05 Last Active 9/01/05 <br> Med1    Scottsdale Healthcare Shea | | | | 334.00 |
| Account No. **3202** <br><br> **SCOTTSDALE EMERGENCY** <br> **P.O. BOX 2710** <br> **Scottsdale, AZ 85252** | C | | **MEDICAL DEBT** | | | | 125.00 |
| Account No. **0037** <br><br> **SCOTTSDALE HEALTHCARE** <br> **P.O. BOX 29689** <br> **Phoenix, AZ 85038-9689** | C | | **MEDICAL DEBT** | | | | 6,000.00 |

Husband, Wife, Joint, or Community

Sheet no. __8__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,769.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re  **ROBERT S PERSINGER,**
       **MARTA PERSINGER**

Case No. __**2:06-bk-02420**__

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** | | | | | LAWSUIT | | | | |
| **SHAWN & JENNIFER SMITH C/O LOUIS D. LOPEZ @ FENNEMORE CRAIG P.C 3003 N. CENTRAL AVE. STE. 2600 Phoenix, AZ 85012-2913** | C | | | | | | X | X | **Unknown** |
| **Account No.** | | | | | **FENNEMORE CRAIG PC. 3003 N. CENTRAL AVE. STE. 2600 Phoenix, AZ 85012-2913** | | | | |
| **Representing: SHAWN & JENNIFER SMITH** | | | | | | | | | |
| **Account No.** | | | | | PERSONAL DEBT | | | | |
| **SONORA WEST DEVELOPMENT C/O TIFFANY & BOSCO 2525 E. CAMELBACK 3RD FL. Phoenix, AZ 85016** | C | | | | | | | | **35,000.00** |
| **Account No.** | | | | | **TIFFANY & BOSCO PA 3RD FL. CAMELBACK ESPLANADE II 2525 E. CAMELBACK RD. Phoenix, AZ 85016-4237** | | | | |
| **Representing: SONORA WEST DEVELOPMENT** | | | | | | | | | |
| **Account No. xxxx7644** | | | | | **Opened 5/01/04 Last Active 3/21/06 Automobile** | | | | |
| **Sst/gswhln 4315 Pickett Rd Saint Joseph, MO 64503** | | W | | | | | | | **43,773.00** |

Sheet no. __**9**__ of __**11**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**78,773.00**

In re   **ROBERT S PERSINGER,**
      **MARTA PERSINGER**

Case No.   **2:06-bk-02420**

                                  Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **CVxxxx-xx1761**<br><br>**STAN JOLLEY C/O CHARLES W. BASSETT**<br>**501 W. RAY RD. STE. 6**<br>**Chandler, AZ 85225-0001** | C | | | **PERSONAL DEBT** | | | X | **15,000.00** |
| Account No. **D004**<br><br>**STORAGE WEST**<br>**9405 DOUBLETREE RANCH RD.**<br>**Scottsdale, AZ 85258** | C | | | **PERSONAL DEBT** | | | | **1,800.00** |
| Account No. **xxxxxxxx0291**<br><br>**Unvl/citi**<br>**Po Box 6241**<br>**Sioux Falls, SD 57117** | C | | | Opened 7/01/90 Last Active 2/01/02 CreditCard | | | | **Unknown** |
| Account No. **xxxxx0005**<br><br>**Valley Collection Serv**<br>**7025 N 58th Ave**<br>**Glendale, AZ 85301** | | H | | Opened 12/07/05 Collection Skipperliner Marine | | | | **2,453.00** |
| Account No. **x1801**<br><br>**WEISS, MOY & HARRIS**<br>**4204 N. BROWN AVE.**<br>**Scottsdale, AZ 85251** | C | | | **PERSONAL DEBT** | | | | **200.00** |

Sheet no. **10** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **19,453.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

In re   **ROBERT S PERSINGER,**                      Case No.   **2:06-bk-02420**
        **MARTA PERSINGER**

                                                        Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1538** <br><br> **WELLS FARGO** <br> **PRIMARY FINANCIAL SERVICES** <br> **P.O. BOX 54780** <br> **Los Angeles, CA 90054-0780** | C | | **PERSONAL DEBT** | | | | 14,000.00 |
| Account No. **1994** <br><br> **WELLS FARGO / BUSINESS DIRECT** <br> **TIBURON FINANCIAL** <br> **P.O. BOX 54780** <br> **Los Angeles, CA 90054-0780** | C | | **PERSONAL DEBT** | | | | 6,000.00 |
| Account No. **5871** <br><br> **WELLS FARGO / BUSINESS LINE** <br> **BEST SERVICES COMPANY** <br> **P.O. BOX 54780** <br> **Los Angeles, CA 90054-0780** | C | | **PERSONAL DEBT** | | | | 21,000.00 |
| Account No. **5475** <br><br> **WILSHIRE CREDIT CORPORATION** <br> **1776 SW MADISON ST.** <br> **Portland, OR 97205** | C | | **MORTGAGE** | | | | **Unknown** |
| Account No. **3920** <br><br> **WOMEN INTERNATIONAL** <br> **TRANSWORLD SYSTEMS** <br> **P.O. BOX 6468** <br> **Madison, WI 53716** | C | | **PERSONAL DEBT** | | | | 100.00 |

Sheet no. __11__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | **41,100.00** |
|---|---|---|
|  | Total (Report on Summary of Schedules) | **490,435.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

Form B6G
(10/05)

In re   **ROBERT S PERSINGER,**                               Case No.    **2:06-bk-02420**
       **MARTA PERSINGER**

<div align="center">Debtors</div>

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| | |

  **0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **ROBERT S PERSINGER,**                     Case No.    **2:06-bk-02420**
         **MARTA PERSINGER**

<div align="center">Debtors</div>

# SCHEDULE H. CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **GREENWAY DENTAL LLC** | **KEY DENTAL SOLUTIONS LLC**<br>**KEVIN & NANCY FALKENWORTH**<br>**7918 E. ROSE GARDEN LN**<br>**Scottsdale, AZ 85255** |
| **PLATINUM MANUFACTURED HOMES INC.** | **LORIMOR ENTERPRISES INC.**<br>**C/O GEORGE E. GRIFFETH**<br>**8124 E. CACTUS RD. STE. 410**<br>**Scottsdale, AZ 85260** |

   **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re    **ROBERT S PERSINGER**
       **MARTA PERSINGER**            Case No.    **2:06-bk-02420**

                   Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP:<br>**None.** | AGE: |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **OFFICE MANAGER** | **DENTIST** |
| Name of Employer | **GREENWAY DENTAL** | **GREENWAY DENTAL** |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ **2,000.00** | $ **4,000.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **2,000.00** | $ **4,000.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ **410.00** | $ **841.00** |
|     b. Insurance | $ **0.00** | $ **0.00** |
|     c. Union dues | $ **0.00** | $ **0.00** |
|     d. Other (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **410.00** | $ **841.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **1,590.00** | $ **3,159.00** |
| 7. Regular income from operation of business or profession or farm. (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ **0.00** | $ **0.00** |
| 11. Social security or other government assistance (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **0.00** |
| 15. TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **1,590.00** | $ **3,159.00** |

16. TOTAL COMBINED MONTHLY INCOME:    $       **4,749.00**      (Report also on Summary of Schedules)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re  **ROBERT S PERSINGER**
**MARTA PERSINGER**                                      Case No.  **2:06-bk-02420**

Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 4,500.00 |
|    a. Are real estate taxes included?     Yes ___     No __X__ | | |
|    b. Is property insurance included?     Yes ___     No __X__ | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 210.00 |
|             b. Water and sewer | $ | 120.00 |
|             c. Telephone | $ | 75.00 |
|             d. Other  **CELL PHONE** | $ | 200.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 410.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 30.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 150.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|             a. Homeowner's or renter's | $ | 0.00 |
|             b. Life | $ | 0.00 |
|             c. Health | $ | 0.00 |
|             d. Auto | $ | 250.00 |
|             e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|       (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12 and 13 cases, do not list payments to be included in the plan.) | | |
|             a. Auto | $ | 900.00 |
|             b. Other  **MOTORCYCLE** | $ | 325.00 |
|             c. Other | $ | 0.00 |
|             d. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 2,787.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **MISCELLANEOUS** | $ | 90.00 |
|      Other | $ | 0.00 |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 10,497.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a.   Total monthly income from Line 16 of Schedule I | $ | 4,749.00 |
| b.   Total monthly expenses from Line 18 above | $ | 10,497.00 |
| c.   Monthly net income (a. minus b.) | $ | -5,748.00 |

Official Form 6-Decl.
(10/05)

# United States Bankruptcy Court
### District of Arizona

In re   **ROBERT S PERSINGER**
      **MARTA PERSINGER**                      Case No.   **2:06-bk-02420**
                               Debtor(s)           Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**29**__ sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **September 14, 2006**           Signature    **/s/ ROBERT S PERSINGER**
                                                **ROBERT S PERSINGER**
                                                Debtor

Date   **September 14, 2006**           Signature    **/s/ MARTA PERSINGER**
                                                **MARTA PERSINGER**
                                                Joint Debtor

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§   152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

Official Form 7
(10/05)

# United States Bankruptcy Court
## District of Arizona

In re   **ROBERT S PERSINGER**
**MARTA PERSINGER**

Debtor(s)

Case No.   **2:06-bk-02420**
Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$16,000.00** | **2006 YTD SELF EMPLOYMENT- ROBERT** |
| **$65,000.00** | **2005 ESTIMATED** |
| **$65,000.00** | **2004 ESTIMATED** |
| **$28,000.00** | **2006 YTD SELF EMPLOYMENT- MARTA** |

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Case 2:06-bk-02420-GBN    Doc 31    Filed 09/14/06    Entered 09/14/06 11:40:59    Desc
Main Document        Page 31 of 40

**2. Income other than from employment or operation of business**

None ■ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None ■ *Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **ARIZONA FEDERAL CREDIT UNION VS. MARTA QUANSTROM (PERSINGER) CV2006-009833** | **CIVIL** | **MARICOPA COUNTY SUPERIOR COURT** | **PENDING** |
| **KEY DENTAL SOLUTIONS VS. PERSINGER CV05-06787SC** | **CIVIL** | **DREAMY DRAW JUSTICE COURT** | **JUDGMENT** |
| **MANDALAY CORP. VS. ROBERT PERSINGER CASE NO. A513314** | **CIVIL** | **CLARCK COUNTY DISTRICT COURT** | **JUDGMENT** |
| **JUDY MILLER VS. MARTA & SHAWN PERSINGER CC2006014296** | **CIVIL** | **ARCADIA BILTMORE JUSTICE COURT** | **JUDGMENT** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **LORIMOR ENTERPRISES INC. VS. PLATINUM MANUFACTURED HOMES INC.**<br>**CV2004- 016756** | **CIVIL** | **MARICOPA COUNTY SUPERIOR COURT** | **JUDGMENT** |
| **SONORA WEST DEVELOPMENT VS. PERSINGER**<br>**CV2005-014060** | **CIVIL** | **MARICOPA COUNTY SUPERIOR COURT** | **PENDING** |
| **SHAWN AND JENNIFER SMITH VS. PERSINGER**<br>**CV2006-7014** | **CIVIL** | **MARICOPA COUNTY SUPERIOR COURT** | **PENDING** |
| **STANLEY M. JOLLEY VS. PERSINGER**<br>**CV2005-091761** | **CIVIL** | **MARICOPA COUNTY SUPERIOR COURT** | **JUDGMENT** |
| **LOUIS LANTZ VS. PERSINGER**<br>**CV2005-016028** | **CIVIL** | **MARICOPA COUNTY SUPERIOR COURT** | **JUDGMENT** |
| **HARLEY-DAVIDSON CREDIT VS. PERSINGER**<br>**CV2006-009778** | **CIVIL** | **MARICOPA COUNTY SUPERIOR COURT** | **PENDING** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **MERCEDES-BENZ**<br>**P.O. BOX 551080**<br>**Jacksonville, FL 32255** | **02/06** | **2005 MERCEDES** |
| **WELLS FARGO**<br>**P.O. BOX 54349**<br>**LOS ANGELES, CA** | **02/06** | **2005 REGAL BOAT** |

### 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None □ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Law Office of Harold E. Campbell P.C** <br>**4041 S. McClintock Drive Suite 310** <br>**Tempe, AZ 85282-5879** | | **$2,001.00** |

### 10. Other transfers

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **ARIZONA FEDERAL CREDIT UNION**<br>**P.O. BOX 60070**<br>**Phoenix, AZ 85082** | **CHECKING ACCOUNT** | **2/06 $1,800.00** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **PLATINUM MANUFACTURED HOMES INC.** | | | **RETAIL SALES OF MANUFACTURED HOMES** | **12/99 TO 1/05** |
| **GREENWAY DENTAL LLC** | | | **DENTAL OFFICE** | **02/05 TO PRESENT** |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* ***only*** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **DEBTOR** | |

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

**None ■** b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

**None ■** a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

**None ■** b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

**None ■** If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

**None ■** If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

**None ■** If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **September 14, 2006**   Signature **/s/ ROBERT S PERSINGER**
**ROBERT S PERSINGER**
Debtor

Date **September 14, 2006**   Signature **/s/ MARTA PERSINGER**
**MARTA PERSINGER**
Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Arizona

In re   ROBERT S PERSINGER
     MARTA PERSINGER      Case No.   **2:06-bk-02420**

Debtor(s)      Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☒   I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐   I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒   I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| HOUSE AND LAND AT 3701 N. QUAIL AVE., GLENDALE, AZ 85308 | LANDMARK CAPITAL C/O TIFFANY & BOSCO | X | | | |
| HOUSE AND LAND AT 12596 N. 72ND PLACE, SCOTTSDALE, AZ 85260 | Citimortgage Inc | | | | X |
| 2004 HARLEY DAVIDSON FLSTC SOFTAIL CLASSIC | Harley Davidson Financial | | | | X |
| 2004 BMW X5 | SYSTEMS & SERVICE TECH. | | | | X |
| DENTAL PRACTICE | MATSCO | | | | X |
| HOUSE AND LAND AT 12596 N. 72ND PLACE, SCOTTSDALE, AZ 85260 | Citimortgage Inc | Debtor will retain collateral and continue to make regular payments or sell the property. | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| -NONE- | | |

Date _____    Signature _____

                                     **ROBERT S PERSINGER**
                                     Debtor

Date _____    Signature _____

                                     **MARTA PERSINGER**
                                     Joint Debtor

# United States Bankruptcy Court
## District of Arizona

In re    **ROBERT S PERSINGER**
       **MARTA PERSINGER**
                           Debtor(s)

Case No.   **2:06-bk-02420**
Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,500.00 |
| Prior to the filing of this statement I have received | $ | 2,001.00 |
| Balance Due | $ | 1,499.00 |

2.   $ **299.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
     a. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **September 14, 2006**

**/s/ Harold E. Campbell**
**Harold E. Campbell 5160**
**The Law Office of Harold E. Campbell P.C.**
**4041 S. McClintock Drive Suite 310**
**Tempe, AZ 85282-5879**
**480-839-4828  Fax: 480-897-1461**
**jeanette@haroldcampbell.com**

---